IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                                   PLAINTIFF

v.                        Civil No. 10-3120

UNITED STATES DEPARTMENT OF
AGRICULTURE; and THOMAS L. VILSACK,
United States Secretary of Agriculture                                                     DEFENDANTS

### ORDER

The Court hereby directs the United States Marshal to serve the Defendants the United States Department of Agriculture and Secretary Vilsack.

The United States Department of Agriculture and Secretary Vilsack may be served by: (1) delivering a copy of the summons and complaint to the United States Attorney for the Western District of Arkansas, or to an assistant United States Attorney, or sending a copy of the summons and complaint by registered mail addressed to the civil process clerk at the office of the United States Attorney for the Western District of Arkansas; **and** (2) sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States, the Honorable Eric Holder, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001; **and** (3) sending a copy of the summons and complaint by registered or certified mail to the Secretary Vilsack, United States Department of Agriculture, 1400 Independence Avenue S.W., Washington, DC 20250.

Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 8th day of June 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)