IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS        PLAINTIFF

v.        Case No. 3:10-CV-03120

UNITED STATES DEPARTMENT OF
AGRICULTURE; and THOMAS L. VILSACK,
United States Secretary of Agriculture        DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 56) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Defendants' supplemental motion (Doc. 45) for summary judgment is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion (Doc. 52) for appointment of counsel and alternative motion to dismiss are DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion (Doc. 51) for mediation is DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE