IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                                                    PLAINTIFF

v.                                            Case No. 3:10-CV-03120

UNITED STATES DEPARTMENT OF
AGRICULTURE; and THOMAS L. VILSACK,
United States Secretary of Agriculture                                                                    DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Orders filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' supplemental motion (Doc. 45) for summary judgment is GRANTED.

As a result of the order entered this same date, as well as the order (Doc. 42) entered on September 26, 2012, judgment is entered in favor of the Defendants, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 16th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE